IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DAVID ZINK, et al., )
    Plaintiffs, )
     )
v. ) No. 2:12-CV-4209
     )
GEORGE A. LOMBARDI, et al., )
    Defendants. )

## NOTICE OF EXHIBIT ATTACHMENT

Pursuant to the protective order entered in this case (ECF Doc. 112), Exhibit 6 in support of the Plaintiffs' motion to amend the scheduling order has been filed under seal and sent in paper form to the Clerk's Office. Said exhibit is a portion of a deposition that Defendants have designated as "confidential" under the protective order.

Respectfully submitted,

/s/ Joseph W. Luby
Joseph W. Luby, Mo. 48951
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, MO 64113
816-363-2795 • FAX 816-363-2799
*Counsel for Plaintiffs Winfield*
 *and Cole*

John William Simon, Mo. 34535
Constitutional Advocacy, L.L.C.
7201 Delmar Blvd, Suite 201
St. Louis, MO 63130-4106
314-604-6982 • FAX 314-645-1776
*Counsel for Plaintiffs Bucklew,*
 *Ringo, and M.A. Taylor*

Elizabeth Unger Carlyle, Mo. 41930
P.O. Box 30418
Kansas City, MO 64112
816-525-6540 • FAX 866-764-1249
*Counsel for Plaintiffs Barnett,*
 *Clayton, L. Taylor, and Zink*

Cheryl Ann Pilate, Mo. 42266
Morgan Pilate LLC
142 North Cherry
Olathe, KS 66061
913-829-6336 • FAX 913-829-6446
*Counsel for Plaintiffs Bucklew and*
 *Smulls*

Charles M. Rogers, Mo. 25539
Wyrsch Hobbs & Mirakian, P.C.
1000 Walnut, Suite 1600
Kansas City, Missouri 64106
816-221-0080 • FAX -816-221-3280
*Counsel for Plaintiff Smulls*

Lowell D. Pearson, Mo. 46217
Husch Blackwell LLP
235 East High Street
Jefferson City, Missouri 65102-1251
573-761-1115 • FAX 573-634-7854
*Counsel for Plaintiff Clemons*

Jennifer Herndon, Mo. 37921
224 Hwy 67 North, # 122
Florissant, Mo 63031
314-831-5531 • FAX 314-831-5645
*Counsel for Plaintiffs Franklin,*
 *Ferguson, Goodwin,*
 *Nicklasson, Nunley,*
 *and Storey*

Richard H. Sindel, Mo. 23406
Kathryn B. (Kay) Parish #61781
Sindel Sindel & Noble, P.C.
8000 Maryland, Suite 350
Clayton, Missouri 63105
314-721-6040 • FAX -314-721-8545
*Counsel for Plaintiffs Barnett,*
 *Middleton, Ringo, and Zink*

Michael J. Gorla, Mo. 26399
555 Washington Ave., Suite 600
St. Louis, Missouri 63101
314-621-1617 • FAX (314) 621-7448
*Counsel for Plaintiffs Ferguson,*
 *Goodwin, and Nunley*

Eric W. Butts, Mo. 36184
555 Washington Ave., Suite 600
St. Louis, Missouri 63101
314-621-1617 • FAX 314-621-7448
*Counsel for Plaintiffs Christeson*
 *and Rousan*

Susan M. Hunt, Mo. 36130
819 Walnut
Kansas City, Missouri 64106
816-221-4588 • FAX 816-220-0856
*Counsel for Plaintiff Clayton*

Gary E. Brotherton, Mo. 38990
Legal Writes, LLC 640
601 West Nifong Blvd.
Building 1, Suite C
Columbia, Missouri 65203
573-875-1571 • FAX 573-875-1572
*Counsel for Plaintiff L. Taylor*

Kevin L. Schriener, Mo. 35490
Law & Schriener, LLC
141 N. Meramec Ave. # 314
Clayton, Missouri 63105-3705
314-480-3389 • FAX 314-863-7096
*Counsel for Plaintiff Storey*

Gino F. Battisti, Mo. 33148
Foley & Mansfield, PLLP
1001 Highlands Plaza Dr. W.
Suite 400
St. Louis, MO 63110
314-925-5700 • FAX 314-925-5701
*Counsel for Plaintiff Worthington*

S. Paige Canfield, Mo. 36777
3889 Juniata
St. Louis, Missouri 63116
314-664-7635
canfieldlaw@yahoo.com
*Counsel for Plaintiffs Franklin
  and Nicklasson*

Phillip M. Horwitz, Mo. 38493
640 Cepi, Suite A
Chesterfield, Missouri 63005
636-536-9644 • FAX 636-536-7729
*Counsel for Plaintiffs Christeson
  and Rousan*

Jessica E. Sutton, Mo. 63660
Death Penalty Litigation Clinic
6155 Oak Street, Suite C
Kansas City, Missouri 64113
816-363-2795 • FAX 816-363-2799
*Counsel for Plaintiff Cole*

Kent E. Gipson, Mo. 34524
121 E. Gregory Boulevard
Kansas City, Missouri 64114
816-363-4400
kent.gipson@kentgipsonlaw.com
*Counsel for Plaintiff Worthington*

3
Case 2:12-cv-04209-NKL   Document 124-6   Filed 08/19/13   Page 3 of 4

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was forwarded for transmission via Electronic Case Filing (ECF) this 19th day of August, 2013, to Michael J. Spillane and Stephen D. Hawke, Office of the Attorney General, P.O. Box 899, Jefferson City, Missouri 65101.

            /s/ Joseph W. Luby

            *Counsel for Plaintiffs Winfield and Cole*