IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
CENTRAL DIVISION

| | |
|---|---|
| DAVID ZINK, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:12-CV-4209 NKL |
| | ) |
| GOERGE A. LOMBARDI, | ) |
| DAVID R. DORMIRE, | ) |
| TERRY RUSSELL, | ) |
| JOHN DOES 2-40, et. al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that George Lombardi, et. al., all named defendants in the above entitled cause, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order granting Joseph Franklin's motion for stay of execution (Doc. 163), dated November 19, 2013.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ Stephen D. Hawke

STEPHEN D. HAWKE
Assistant Attorney General
Missouri Bar No. 35242
P.O. Box 899
Jefferson City, MO 65102
(573)751-3321
(573) 751-3825 FAX
stephen.hawke@ago.mo.gov
Attorneys for Respondent

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system on 19 November, 2013. This Court's electronic filing system should serve counsel for the plaintiffs, as all are electronic filers.

/s/ Stephen D. Hawke

STEPHEN D. HAWKE
Assistant Attorney General