# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3505

David Zink, et al.

Joseph Franklin

Appellee

Andre Cole, et al.

v.

George A. Lombardi, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-NKL)
_____

**ORDER**

"[A] stay of execution is an equitable remedy. It is not available as a matter of right, and equity must be sensitive to the State's strong interest in enforcing its criminal judgments without undue interference from the federal courts." Hill v. McDonough, 547 U.S. 573, 584 (2006). Having reviewed the parties' briefs and the record in this expedited appeal, we conclude Joseph Franklin has not met his burden of presenting sufficient evidence to warrant interference with the judgment of the Missouri courts nor has Franklin proffered sufficient evidence to show a likelihood of success on the merits to support a stay of execution. See Brewer v. Landrigan, ___ U.S. ___, 131 S. Ct. 445 (2010); Baze v. Rees, 553 U.S. 35, 47-48 (2008); Whitaker v. Livingston, 732 F.3d 465, 468-69 (5th Cir. 2013) (per curiam). Determining the district court abused its discretion, we reverse the district court's stay of execution.

November 19, 2013

Case 2:12-cv-04209-BP   Document 168   Filed 11/20/13   Page 1 of 2
Appellate Case: 13-3505   Page: 1   Date Filed: 11/20/2013 Entry ID: 4097738
file:///T:/rweinberger_133505_4097735_BlankOrder_123.htm   11/20/2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
                /s/ Michael E. Gans

Case 2:12-cv-04209-BP     Document 168     Filed 11/20/13     Page 2 of 2

Appellate Case: 13-3505     Page: 2     Date Filed: 11/20/2013 Entry ID: 4097738
file:///T:/rweinberger_133505_4097735_BlankOrder_123.htm     11/20/2013