# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3505

David Zink, et al.

Joseph Franklin

Appellee

Andre Cole, et al.

v.

George A. Lombardi, et al.

Appellants

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:12-cv-04209-NKL)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judges Murphy, Bye, and Kelly would grant the petition for rehearing en banc.

Judges Wollman, Loken, and Benton did not participate in the consideration or decision of this matter.

November 20, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans