IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| DAVID ZINK, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | Case No. 2:12-CV-4209-NKL |
|  | ) |  |
| GEORGE A. LOMBARDI, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

At approximately 6:07 a.m., on November 20, 2013, the Missouri Department of Corrections administered a lethal injection to Plaintiff Joseph Franklin, and he was pronounced dead at 6:17 a.m. Accordingly, Larry Flynt's Motion to Intervene [Doc. 149] and Franklin's Renewed Motion for Stay of Execution [Doc. 167] are denied as moot.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: November 20, 2013
Jefferson City, Missouri