(ORDER LIST: 571 U.S.)

WEDNESDAY, NOVEMBER 20, 2013

ORDER IN PENDING CASE

13A512   FRANKLIN, JOSEPH V. LOMBARDI, GEORGE A., ET AL.

The application for stay of execution of sentence of death presented to Justice Alito and by him referred to the Court is denied.

Justice Scalia took no part in the consideration or decision of this application.