

## Supreme Court of Missouri
en banc

August 14, 2013

| | |
|---|---|
| STATE OF MISSOURI,  )  <br>    Respondent,  ) <br> vs.  )  No. SC79735 <br> JOSEPH FRANKLIN,  ) <br>    Appellant.  ) | |

### WARRANT OF EXECUTION

    Now on this day, Appellant, Joseph Franklin, being in custody pursuant to a sentence of death heretofore rendered against him by the Circuit Court of St. Louis County, and affirmed by this Court, it is therefore considered, ordered and adjudged by this Court that Joseph Franklin be and remain in the custody of the Department of Corrections and, thereafter, on the 20th day of November, 2013, under the supervision and direction of the director of said department, shall suffer death. Said director is directed to make return of this warrant to this Court showing the time, mode and manner in which this warrant was executed.

STATE OF MISSOURI-Sct.

I, Bill L. Thompson, Clerk of the Supreme Court of the State of Missouri, certify that the foregoing is a full, true and complete transcript of the judgment of said Supreme Court, entered of record at the May Session thereof, 2013, and on the 14th day of August, 2013, in the above entitled cause.

        Given under my hand and seal of said Court, at the City of Jefferson, this 14th day of August, 2013.

.

_Bill L. Thompson_, Clerk

_Cynthia L. Tusley_, Deputy Clerk

*Zink v. Lombardi*
No. 2:12-CV-4209-NKL
U.S. Dist. Ct., W.D. Mo.
First Amended Complaint
Exhibit 15