*Zink v. Lombardi*
No. 2:12-CV-4209-NKL
U.S. Dist. Ct., W.D. Mo.
First Amended Complaint
Exhibit 31

**From:** Danny Bickell <dbickell@supremecourt.gov>
**Date:** November 20, 2013 5:18:01 AM CST
**To:** "Jennifer Herndon (jenniferherndon@me.com)" <jenniferherndon@me.com>, "Jennifer Herndon (jenniferherndon@gmail.com)" <jenniferherndon@gmail.com>, "Joseph Luby (jluby@dplclinic.com)" <jluby@dplclinic.com>, "Paige Canfield (canfieldlaw@yahoo.com)" <canfieldlaw@yahoo.com>
**Subject: Franklin Orders**

Ms. Herndon,

The orders of the Court are attached. Please let me know if you have any questions.

Danny Bickell