IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID ZINK, et al., | ) | |
| Plaintiffs. | ) | Case No. 12-CV-4209 |
| v. | ) | |
| GEORGE A. LOMBARDI, et al., | ) | |
| Defendants. | ) | |

## CONFIDENTIALITY AGREEMENT

I, the undersigned, hereby acknowledge that I have read the provisions of the Orders entered in the above-captioned case by the Court on December 12, 2013 and on December 16, 2013 (Docs. ## 203, 204, and 213). I hereby agree to be bound by the terms of the Orders and will keep confidential any information learned about subject matter addressed in the Court's orders. Further:

1. I understand that the information denominated as confidential in the Court's Orders (Docs. ## 203, 204 and 213) shall be disclosed only to Joseph Luby and Cheryl Pilate, counsel for Plaintiffs, and shall not be disclosed by me to any other person, other than counsel of record for Defendants in the above-captioned case.

2. I agree that I will disclose the information denominated as confidential in the Court's orders (Docs. ## 203, 204 and 213) only to Joseph Luby and Cheryl

Pilate, and not to any other person, other than counsel of record for Defendants in the above-captioned case.

3. I agree that I will abide by all terms of the Court's Orders (Docs. ## 203, 204 and 213) pertaining to confidentiality, as confirmed by my signature below.

4. I further hereby confirm by my signature that my obligations under this Acknowledgement shall survive the termination of this case and are binding upon me for all time.

Date:                                    Signature: