# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT
# CENTRAL DIVISON

| | |
|---|---|
| DAVID ZINK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:12-CV-4209 NKL |
| GEORGE LOMBARDI, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING

On this day Defendants hand delivered to the chambers of the district court a document identifying the prescribing physician, compounding pharmacy, and testing laboratory. Defendants hand delivered the information in order to maintain the confidentiality of this information, as assured by this Court. Defendants respectfully request the Court to hold this information in chambers pending the ruling of the United States Court of Appeals for the Eighth Circuit on Defendants' motion to stay orders contained in Documents 203, 204, and 205 and pending resolution of the petition for writ of mandamus for prohibition.

Counsels for Defendants are also reviewing today counsels for Plaintiffs' proposed confidentiality agreement.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ Sue Boresi

Sue Boresi
Assistant Attorney General

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was electronically filed by using the CM/ECF system, this 17th day of December 2013, to:

Counsels for Plaintiffs

/s/ Sue Boresi

Sue Boresi
Assistant Attorney General