

# ATTORNEY GENERAL OF MISSOURI

CHRIS KOSTER  
ATTORNEY GENERAL

JEFFERSON CITY  
65102

P.O. BOX 899  
(573) 751-3321

**HAND-DELIVERED**

December 17, 2013

Judge Nanette Laughrey  
80 Lafayette Street  
4th Floor, Room 4112  
Jefferson City, MO 65101

Re:   *Zink v. Lombardi*, Case No. 2:12-CV-4209 NKL

Dear Judge Laughrey,

With this letter the Court will find a sealed envelope containing the identities of the prescribing physician, compounding pharmacy, and testing lab. Defendants are hand-delivering the information in order to maintain the confidentiality of this information, as assured by this Court.

Defendants respectfully request the Court to hold this information in chambers pending the ruling of the United States Court of Appeals for the Eighth Circuit on Defendants' motion to stay orders contained in Documents 203, 204, and 205 and pending resolution of the petition for writ of mandamus for prohibition.

Counsels for Defendants are also reviewing today counsels for Plaintiffs' proposed confidentiality agreement.

Additionally, pursuant to this Court's order, Document 203, enclosed is a list identifying all people in state government who are aware of the identity of the pharmacist, physician, and laboratory.

I appreciate the Court's attention to this matter.

Sincerely,

**CHRIS KOSTER**
Attorney General

Sue Boresi
Assistant Attorney General

ATTORNEYS FOR DEFENDANTS

SB:amh

Enclosure

CC: Counsels for Plaintiffs (letter only)