# DECLARATION OF LARRY D. SASICH

January 26, 2014

1. My name is Larry D. Sasich, PharmD, MPH, FASHP. I am over the age of twenty-one and competent to testify to the truth of the matters contained herein. The factual statements I make in this declaration are true and correct to the best of my knowledge and experience. The opinions I express in this statement are made to a reasonable degree of scientific certainty.

2. I am a Consultant specializing in drug safety and efficacy issues. My background, experience and qualifications, in part, include:

a. Serving as a consultant to the Saudi Food and Drug Authority, Riyadh, Saudi Arabia.

b. Serving as Chairperson of the Department of Pharmacy Practice at the LECOM School of Pharmacy in Erie, Pennsylvania, from 2007 to 2009;

c. Serving as a consultant to Public Citizen Health Research Group, Washington, D.C., and

d. Serving as a Consumer Representative on the Science Board of Food and Drug Administration's, an advisory committee to the FDA Commissioner.

3. I have a Masters in Public Health, with an emphasis in biostatistics and epidemiology from the George Washington University, and a Doctorate of Pharmacy from University of the Pacific. I have completed a residency in nuclear pharmacy at the University of New Mexico. I have also been elected a Fellow in the American Society of Health-System Pharmacists (FASHP). I have also authored publications and/or presented analysis on drug safety issues. A complete list of my publications and presentations are listed in my Curriculum Vitae, which is appended to this Declaration as Exhibit A.

4. Counsel representing Missouri death-sentenced prisoner Mr. Herbert Smulls, who is scheduled for execution on January 29, 2014, have asked me to offer opinions on representations made in the document "Suggestions In Opposition To Plaintiff Smulls's Motion For Stay Of Execution" prepared by the Office of the Missouri Attorney General. There are several important issues that were not addressed in this document.

5. The Office of the Missouri Attorney General ignored the fact that

the contract-testing laboratory reported an unknown residual solvent yet *passed* the sample. The injection of an unknown substance into a prisoner or anyone for that matter carries a very substantial risk of causing pain and suffering to the recipient.

6. The failure of Missouri officials to disclose the formula and records regarding the preparation of the pentobarbital sodium injection makes it impossible to give a full and complete opinion in this matter at this time. This information is *essential* to a proper review of the compounded drug.

7. [redacted]

8. [redacted]

9. To the best of my knowledge there is no government oversight, either state or federal, [redacted] this element of the pharmacy compounding industry has a record of shoddy performance that has resulted in the public being harmed.

10. The Attorney General asserts that because [redacted] pentobarbital sodium injection, it can be stored at room temperature 30 days. As stated, it is my opinion that these test results by [redacted] relied upon. Further, the USP defines room temperature as a *controlled* room temperature that is thermostatically controlled in the range of 68$^0$ F to 77$^0$ F. Drugs stored outside this range are considered adulterated.

11. Missouri must produce temperature logs documenting that in fact the pentobarbital sodium injection was continuously stored at controlled room temperature. This would include the transport of the drug from the compounding pharmacy in Oklahoma to the execution site in Missouri.

**Conclusion**

12. The Attorney General has failed to address important issues about the safety, effectiveness, and purity of the compounded pentobarbital sodium injection that was purchased from an Oklahoma compounding pharmacy. These issues include the presence of an unknown residual solvent.

13. The State is relying on test results that cannot be considered reliable because they are from a discredited contract-testing laboratory, [redacted] In addition, there is no documentation that the pentobarbital sodium injection has been stored at a controlled room temperature.

14. Based on these serious issues, there is a very substantial likelihood that Mr. Smulls will be injected with an unsafe compounded drug that will cause him to suffer extreme pain and harm.

I declare under pains and penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

[signature] 1/26/14

Larry D. Sasich, PharmD, MPH, FASHP

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT OFFICE ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 4040 N. Central Expressway, #300<br>Dallas, TX 75204<br>214-253-5200<br><br>Industry Information: www.fda.gov/oc/industry | 10/12/12-11/08/12 |
| | FEI NUMBER<br>[redacted] |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT IS ISSUED

TO: [redacted]

| FIRM NAME | STREET ADDRESS |
|---|---|
| [redacted] | [redacted] |
| CITY, STATE AND ZIP CODE | TYPE OF ESTABLISHMENT INSPECTED |
| [redacted] | Contract Testing Laboratory |

THIS DOCUMENT LISTS OBSERVATIONS MADE BY THE FDA REPRESENTATIVE(S) DURING THE INSPECTION OF YOUR FACILITY. THEY ARE INSPECTIONAL OBSERVATIONS; AND DO NOT REPRESENT A FINAL AGENCY DETERMINATION REGARDING YOUR COMPLIANCE. IF YOU HAVE AN OBJECTION REGARDING AN OBSERVATION, OR HAVE IMPLEMENTED, OR PLAN TO IMPLEMENT CORRECTIVE ACTION IN RESPONSE TO AN OBSERVATION, YOU MAY DISCUSS THE OBJECTION OR ACTION WITH THE FDA REPRESENTATIVE(S) DURING THE INSPECTION OR SUBMIT THIS INFORMATION TO FDA AT THE ADDRESS ABOVE. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT FDA AT THE PHONE NUMBER AND ADDRESS ABOVE.

DURING AN INSPECTION OF YOUR FIRM (I) (WE) OBSERVED:

The following observations pertain to the firm's contract testing of human drug products, including compounded drug products.

1. Your firm states on the Microbiology Report that is issued to a client after sterility and/or fungal testing that the Test Method employed was USP <71>. However, your firm is not fully following all parts of USP <71> when performing sterility and/or fungal testing of human drug products. For example,

a. USP <71> requires a Method Suitability Test be performed for all new products tested. Your firm does not have documentation to show that Method Suitability Testing has been performed for all drug products submitted for sterility testing by [redacted] both located in [redacted] For those drug products submitted by [redacted] you have some documentation of bacteriostasis/fungistasis testing performed in 2006 & 2008 on a limited number of drug products, however there is no source documentation showing how the tests were performed, lot numbers of organisms or media used, and who performed the testing.

b. USP <71> specifies the number of articles to be tested. While you provide reference to USP <71> for sample sizes, you do not ensure that your clients are submitting the required number of articles for testing. Most clients usually submit only (b) (4) for sterility testing, including [redacted]

2. Your firm has no documentation to show that all analytical methods used to test for potency (assay) have been validated for all drug products including drug products submitted for testing by [redacted] These include drug products such as Methylprednisolone Acetate, Heparin, Vasopressin, Triamcinolone Acetonide, and products containing Bupivacaine and Epinephrine. Analytical methods that are not validated and/or not found in the USP that are used for potency testing of human drug products are not written, reviewed and approved.

| SEE REVERSE OF THIS PAGE | EMPLOYEE(S) SIGNATURE | EMPLOYEE(S) NAME AND TITLE (*Print or Type*) | DATE ISSUED |
|---|---|---|---|
| | [redacted] | [redacted] | 11/8/12 |

FORM FDA 483 (9/08) PREVIOUS EDITION OBSOLETE INSPECTIONAL OBSERVATIONS

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT OFFICE ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| --- | --- |
| 4040 N. Central Expressway, #300<br>Dallas, TX 75204<br>214-253-5200<br><br>Industry Information: www.fda.gov/oc/industry | 10/12/12-11/08/12<br><br>FEI NUMBER<br>[redacted] |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT IS ISSUED

TO: [redacted]

| FIRM NAME | STREET ADDRESS |
| --- | --- |
| [redacted] | [redacted] |
| CITY, STATE AND ZIP CODE | TYPE OF ESTABLISHMENT INSPECTED |
| [redacted] | [redacted] |

3. Your firm states on the Microbiology Report that is issued to a client after endotoxin testing that the Test Method employed was USP <85>. Your firm is not fully following all parts of USP <85> when performing endotoxin testing of human drug products.

Specifically, the Maximum Valid Dilution (MVD) is not always calculated using the formula in USP <85>. Your firm does not ensure that each of your clients provides information regarding dosing of the drug product needed to calculate the MVD. For example,

a. An endotoxin limit was not established for Clonidine/Ropivacaine (PF) 1mcg/1mg/ml in 500mL 0.9% Sodium Chloride (injectable) submitted as sample #186092-01 by [redacted] and tested for endotoxins on 9/4/12.

b. An endotoxin limit was not set for Baclofen PF (STOCK) 5000 mcg/mL Injection submitted as sample #184445-01 by [redacted] and tested for endotoxins on 9/4/12.

c. An endotoxin limit was not set established for CP2D submitted as sample #176189-01 by [redacted] and tested for endotoxins on 5/18/12.

4. Your firm has had 13 confirmed endotoxin failures for various drug products from October 2010-October 2012. There is no documentation of any investigations conducted into any endotoxin failures, including the failure of sample #186077-01 of Sodium Bicarbonate 150mEq/1000mL in Sterile Water for Injection that was submitted by [redacted] SOP MBI-126 Microbiology Out-of-Specification Investigation (OOS), does not address investigation of OOS's for endotoxin testing.

| SEE REVERSE OF THIS PAGE | EMPLOYEE(S) SIGNATURE | EMPLOYEE(S) NAME AND TITLE *(Print or Type)* | DATE ISSUED |
| --- | --- | --- | --- |
| | [redacted] | [redacted] | 11/8/12 |

# CURRICULUM VITAE

**Larry D. Sasich, Pharm.D., M.P.H., FASHP**
**839 Main Street West #3**
**North Bay, P1B 2V8, Ontario**
**Canada**
**Cell Phone: 705-491-0609**
**E-Mail: larry.sasich@gmail.com**

**EDUCATION**

| | |
|---|---|
| 1995 to 1997 | Master of Public Health - Epidemiology<br>The George Washington University School of Public Health and Health Services<br>Washington, D.C. |
| 1974 to 1975 | Doctor of Pharmacy<br>University of the Pacific<br>College of Pharmacy<br>Stockton, California |
| 1966 to 1970 | Bachelor of Science Pharmacy<br>Idaho State University<br>College of Pharmacy<br>Pocatello, Idaho |

**RESIDENCY**

| | |
|---|---|
| 1986 to 1987 | Nuclear Pharmacy<br>University of New Mexico<br>College of Pharmacy<br>Albuquerque, New Mexico |

**PROFESSIONAL LICENSES**

| | |
|---|---|
| 1970 to Present | California RPH 27094 |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| April 2013 to date | Consultant, Drug Policy, Drug Safety and Efficacy<br>North Bay, ON Canada |
| July 2007 to April 2013 | Consultant,<br>Saudi Food and Drug Authority<br>3292 Northern Ring Rd. Al Nafal District<br>Riyadh, Saudi Arabia |
| November 2009 to 2012 | Consultant,<br>Public Citizen's Health Research Group<br>1600 20th Street, NW<br>Washington, D.C. 20009 |
| 2007 to 2009 | Chairman,<br>Department of Pharmacy Practice<br>LECOM School of Pharmacy<br>1858 Grandview Blvd.<br>Erie, PA 16505 |
| 2006 to 2007 | Acting Chairman,<br>Department of Pharmacy Practice<br>LECOM School of Pharmacy<br>1858 Grandview Blvd.<br>Erie, PA 16505 |
| 2005 to 2006 | Assistant Professor,<br>Department of Pharmacy Practice<br>LECOM School of Pharmacy<br>1858 Grandview Blvd.<br>Erie, PA 16505 |
| 2006 to 2008 | Consultant<br>Centre for Science and the Public Interest – Canada<br>Suite 4550, CTTC Bldg.<br>1125 Colonel By Drive<br>Ottawa, Ontario K1S 5R1<br>Canada |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2005 to 2007 | Consultant<br>Public Citizen's Health Research Group<br>1600 20th Street, NW<br>Washington, D.C. 20009 |
| 2005 to 2006 | Consultant<br>Canadian Agency for Drugs and Technologies in Health<br>600-865 Carling Avenue<br>Ottawa, Ontario K1S 5S8<br>Canada |
| 1995 to 2005 | Research Analyst<br>Public Citizen's Health Research Group<br>1600 20th Street NW<br>Washington, D.C. 20009 |
| 1991 to 1995 | Drug Information Pharmacist<br>King Faisal Specialist Hospital and Research Centre<br>Riyadh 11211, Saudi Arabia |
| 1993 to 1996 | Adjunct Clinical Faculty<br>Welch School of Pharmacy<br>University of Wales<br>Cardiff, Wales |
| 1992 to 1995 | Clinical Instructor<br>College of Pharmacy<br>King Saud University<br>Riyadh, Saudi Arabia<br>Graduate and Undergraduate Teaching |
| 1988 to 1990 | Clinical Pharmacist<br>St. Helens Hospital and Health Center<br>St. Helens, OR<br><br>Emanuel Hospital and Health Center<br>Portland, OR |
| 1985 to 1988 | Associate Professor of Clinical Pharmacy<br>Idaho State University<br>College of Pharmacy<br>Pocatello, Idaho<br><br>Promoted and Tenured July 1, 1984 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1983 to 1984 | Assistant Professor of Clinical Pharmacy<br>College of Pharmacy<br>Idaho State University<br>Pocatello, Idaho<br><br>Acting Associate Dean for Student Affairs |
| 1982 to 1983 | Assistant Professor of Clinical Pharmacy<br>College of Pharmacy<br>Idaho State University<br>Pocatello, Idaho<br><br>Director of Professional Practice |
| 1979 to 1982 | Assistant Professor of Clinical Pharmacy<br>College of Pharmacy<br>Idaho State University<br>Pocatello, Idaho<br><br>Director, Idaho Drug Information Service and Regional Poison Control Center |
| 1976 to 1979 | Assistant Director of Pharmacy Services<br>USA MEDDAC<br>Berlin, West Germany |
| 1975 to 1976 | Staff Pharmacist<br>USA MEDDAC<br>Wuerzburg, West Germany |
| 1970 to 1974 | Pharmacist<br>Baneth's Pharmacy<br>Menlo Park, CA |

## HONORARY SOCIETIES

| | |
|---|---|
| 1982 | Rho Chi |
| 1982 | Sigma Xi |

**AWARDS**

| | |
|---|---|
| 2000 | Distinguished Person of the Year – Pharmacists Planning Services |
| 1995 | Fellow American Society of Health-System Pharmacists |
| 1986 | Ciba-Geigy Leadership Award |
| 1983 | Outstanding Service – Idaho Board of Pharmacy |
| 1982 | Phi Delta Chi Faculty Achievement Award |

**APPOINTMENTS**

| | |
|---|---|
| 2009 | FDA Science Board Sub Committee on the Center for Food Safety and Applied Nutrition (CFSAN) |
| 2008 | FDA Science Board Sub Committee on the review of the National Center for Toxicological Research |
| 2007 | Grant Reviewer<br>U.K. Economic and Social Research Council<br>Large Grant proposal: Governance of Pharmaceuticals and Health |
| 2007 | Consumer representative, Science Board to the Food and Drug Administration – advisory committee to the FDA Commissioner |
| 2007 | Pennsylvania Pharmacists Association Pharmacy Compounding Task Force |
| 2006 | Food and Drug Administration Pediatric Advisory Committee November 16, 2006 – substitute consumer representative |
| 2006 | Reviewer *PLoS Medicine* |
| 2000 | Reviewer for the *Western Journal of Medicine* |
| 2000 | Reviewer for the *Journal of the American Medical Association* |
| 1996 | Department of Health and Human Services Steering Committee for the Collaborative Development of a Long-Range Action Plan for the Provision of Useful Prescription Drug Information |
| 1996 | Department of Health and Human Services, Food and Drug Administration, Consumer Consortium |

**APPOINTMENTS**

| | |
|---|---|
| 1995 | Reviewer for the *Saudi Pharmaceutical Journal* |
| 1993 | Reviewer for the *Annals of Saudi Medicine* |
| 1986 | Reviewer for *Annals of Pharmacotherapy* |
| 1987 | Idaho Delegate to Western Regional Conference on Clinical Pharmacy Practice |
| 1985 | Idaho Health Systems Ethics Conference Task Force |
| 1984 | American Pharmaceutical Association Committee to prepare accreditation standards for a community pharmacy residency |
| 1982 | Assistant Editor DRUGDEX® |
| 1981 | USP Dispensing Information Contributors Panel |

**PUBLICATIONS**

Sasich LD. Rapid Response: Tamiflu: 14 flu seasons and still questions. BMJ 2013. At http://www.bmj.com/content/346/bmj.f547?tab=responses. Accessed January 28, 2013.

Sasich LD, Sukkari SR. The US FDA's Withdrawal of the Breast Cancer Indication for Avastin (Bevacizumab*). Saudi Pharmaceutical Journal* 2012; 20: 381-385.

Sukkari SR, Humaidan AS, Sasich LD. The content of Arabic language consumer medication information leaflets for three drugs: a pilot study. *Saudi Pharmaceutical Journal* 2012

Sukkari SR, Sasich LD, Humaidan AS, Burikan ON. An Analysis of Metformin Treatment for Adolescent Obesity at 48 Rather Than 24 Weeks after Treatment Cessation. *Archives of Pediatrics & Adolescent Medicine* 2010; 164(7):678.

Cook GE, Sukkari SR, Sasich LD. An Additional Source of Bias in Antidepressant and Other Trials. *Pharmacotherapy* 2010;30:117e-118e.

Cook GE, Sukkari SR, Sasich LD. Lost in Transmission — FDA Drug Information That Never Reaches Clinicians. *New England Journal of Medicine* 2010;362(6):561-563.

Cook GE, Sasich LD, Sukkari SR. DIONYSOS study comparing dronedarone with amiodarone. *BMJ* 2010;340:c285.

Sasich LD, Sukkari SR, Barasain MA. An Academic Perspective on the APPEs' Educational Significance. *American Journal of Pharmaceutical Education* 2009; 73: article 139.

**PUBLICATIONS**

Tuttle DA, Sasich LD, Sukkari SR. Improving Access to FDA Reviews and Documents. *Journal of the American Medical Association* 2009; 302: 2204.

Sasich LD, Sukkari SR, Cook GE, Tuttle DA. The Importance of FDA Approval Packages and Briefing Documents in Pharmacy Education. *American Journal of Pharmaceutical Education* 2009; 73:126-127.

Sasich LD, Barasain MA, Al Kudsi MA. Three country comparison of selected safety information in the prescribing information for rosiglitazone (Avandia). *Saudi Pharmaceutical Journal* 2009; 17: 195-198.

Sukkari SR, Sasich LD. Look in the Looking Glass Not Through It. *American Journal of Pharmaceutical Education* 2009; 73:56-58.

Brown S, Olson P, Sasich LD. My First Drug Information Question – Should My Wife and Baby be Subjects in an Uncontrolled Clinical Trial? *Journal of the American Pharmacists Association* 2008; 48:444-445.

Sukkari SR, Sasich LD, Tuttle DA, Abu-Baker A, Howell H. Development and Evaluation of a Required Patient Safety Course. *American Journal of Pharmaceutical Education* 2008; 73(3)

Kronmal R, Sasich LD. The FDA Should Not Have Approved Kuvan. *PKU News* 2008; 20: 2-11 and 12 [invited editorial].

Sasich LD. Book Review: Evaluating Clinical Research – All that Glitters is not Gold. *American Journal of Pharmaceutical Education*. 2008; 72(2).

Sasich LD, Barasain MA, Al Kudsi MA. The CV Risks of Etoricoxib (Arcoxia). *Annals of Saudi Medicine* 2008; 28:141-142.

Vitry A, Lexchin J Sasich LD, , Dupin-Spriet T, Reed T, Bertele V, Garattini S, Toop L, Hurley E. Provision of information regulatory authorities' websites. *Internal Medicine Journal* 2008 (doi:10.1111/j.445-5994.01588.x).

Sasich LD, Sukkari SR. Unknown risks of pharmacy compounded drugs. *Journal of the American Osteopathic Association* 2008; 108:86 [letter].

Miller J, Olmer J, Sasich LD. Importance and methods for accessing FDA approval packages and briefing documents. *Annals of Pharmacotherapy* 2007; 41:2071-2072.

Sasich LD. Remembering Jere Goyan. *American Journal of Health-System Pharmacists* 2007; 64:1142 [letter].

Case 2:12-cv-04209-NKL Document 299-9 Filed 11/26/13 Page 12 of 16

**PUBLICATIONS**

Sasich LD. Patients may not be receiving Medication Guides. *Scribe – International Society of Pharmacoepidemiology* 2006; 9:8.

Sasich LD. Don't forget to give out MedGuides. *Drug Topics* April 3, 2006.

Sukkari SR, Sasich LD. Patient Information Leaflets. *Canadian Medical Association Journal* 2004; 171:10 [letter].

Sasich LD. Viewpoint - Useful drug information: 20 years and still waiting. *Drug Topics* 2003; 147:17.

Sukkari SR, Sasich LD. Cisapride and patient information leaflets. *Canadian Medical Association Journal* 2001; 164:1276-1278.

Wolfe S, Lurie P, Sasich LD, Barbehenn E. Information on thiazolidinediones. *Lancet* 2000; 356:254-258 [letter].

Lurie P, Sasich LD. Safety of FDA-approved drugs. *Journal of the American Medical Association* 1999; 282:2297 [letter].

Sasich LD. Useful prescription drug information. *American Journal of Health-System Pharmacists* 1999; 56:477-478[letter].

Sasich LD, Sukkari SR. International Drug Information Notes: Update on cisapride (Prepulsid). *Saudi Pharmaceutical Journal* 1998; 6:270-272.

Wolfe SM, Sasich LD, Barbehenn E. Safety of sildenafil citrate. *The Lancet* 1998;352: 1393 [letter].

Sasich LD, Sukkari SR. International Drug Information Notes: Old German drugs. *Saudi Pharmaceutical Journal* 1998; 6:160-163.

Bradley L, Sasich, LD, Wolfe SM. The Information Content of Patient Medication Information Leaflets Distributed by Pharmacists: Examination of Five Fluoroquinolone Antibiotics. *Journal of the American Pharmaceutical Association* 1998; 38:278-279[abstract].

Sasich LD. Book Review: Moore TJ. Prescription for Disaster New York: Simon & Schuster; 1998. *American Journal of Health-System Pharmacists* 1998; 55:511.

Sasich LD, Sukkari SR. International Drug Information Notes: Recent drug withdrawals and proposed withdrawals in the US and UK. *Saudi Pharmaceutical Journal* 6:92-98; 1998.

Sasich LD, Wolfe SM, Pearson C, Swankin DA, Levin DA, Levin AA, Beard J. The National Council on Patient Information and Education. *Journal of the American Medical Association* 278:1491-1492; 1997[letter].

Sasich LD, Sukkari SR. Bromocriptine: reply to Sandoz. *Saudi Pharmaceutical Journal* 5:197-199; 1997[letter].

**PUBLICATIONS**

Sasich LD, Sukkari SR.  International Drug Information Notes: Fluoroquinolone associated tendinopathy, tendinitis and tendon rupture. *Saudi Pharmaceutical Journal* 5:130-134; 1997.

Sasich LD, Wolfe SM.  Deficiencies in patient information leaflets concerning gastrointestinal complications of nonsteroidal anti-inflammatory drugs. *Journal of General Internal Medicine* 12:79; 1997[abstract].

Sasich LD, Sukkari SR.  International Drug Information Notes: Probucol: lack of efficacy and market withdrawal. *Saudi Pharmaceutical Journal* 5:72-73;1997.

Sasich LD.  Book Review: Power and Dependence. *Saudi Pharmaceutical Journal* 4:212-213; 1996.

Sasich LD, Sukkari SR.  International Drug Information Notes: The lack of safety and efficacy of tramadol (Ultram, Zydol). *Saudi Pharmaceutical Journal* 4:207-209; 1996.

Sasich LD, Sukkari SR.  International Drug Information Notes: Bromocriptine (Parlodel) and postpartum breast engorgement. *Saudi Pharmaceutical Journal* 4:204-207; 1996.

Sukkari SR, Sasich LD, Nicholls PJ. Therapeutic class redundancy as a measure of formulary system effectiveness. *Saudi Pharmaceutical Journal* 4:190-195; 1996.

Sasich LD, Sukkari SR.  International Drug Information Notes: The risk of calcium channel blockers. *Saudi Pharmaceutical Journal* 4:119-122; 1996.

Sukkari SR, Sasich LD, Nicholls PJ.  Promoting therapeutic information to the medical staff: the evidence based formulary. *Saudi Pharmaceutical Journal* 4:48-55;1996.

Sasich LD, Sukkari SR, Nuessle SJ. Post-graduate pharmacy education relevant to developing countries. *WHO Eastern Mediterranean Region Drugs Digest* 10:48-50; 1995.

Sukkari SR, Sasich LD, Nicholls PJ. The formulary as a source of comparative efficacy drug information in developing countries. Proceedings of the European Symposium on Pharmacoeconomics, Gent, Belgium, 18-20 May 1994.

Sasich LD, Sukkari SR. The drug evaluation process at King Faisal Specialist Hospital. *Saudi Pharmaceutical Journal* 2:189-197; 1994.

Nuessle SJ, Sasich LD. Criteria for use of interferon alpha-2a or interferon alpha-2b for selected indications in adults. *American Journal of Hospital Pharmacy* 51:1030-1033; 1994.

Sasich LD: Book Review - The Use of Essential Drugs: Model List of Essential Drug (Seventh List) Fifth Report of the WHO Expert Committee. *Annals of Pharmacotherapy* 27:1145; 1993.

Sasich LD: Blood Transfusion-Associated Bacterial Sepsis In: Conner CS, Rumack BH, eds. DRUGDEX® Information System. Denver, CO: Micromedex, Inc., 1992.

**PUBLICATIONS**

Julnes T, Sasich LD. Oregon's health rationing act and the policy process. *New England Journal of Human Services* 9:20-26; 1991.

Sasich LD. Pneumococcal revaccination after splenectomy. *Drug Intelligence and Clinical Pharmacy* 22:722-723; 1988.

Sasich LD. Bleomycin - therapy of malignant pleural effusions In: Conner CS. Rumack BH, eds. DRUGDEX Information System. Denver, CO: Micromedex, Inc. 1987.

Dodson RA, Sasich LD. Calcium channel blockers: their actions and indications. *Pharmacy Times* 50:4; 1984.

Huff MR, Williams L, Crothers RW, Driver PS, Endo RK, Manske TA, Sasich LD. Preventing burnout: an alternative approach. *Hospital Pharmacy* 19; 1983.

Sasich L D. Proposal for a community pharmacy practice residency program. *American Pharmacy* 1983; 23:25-28.

Driver PS, Endo RE, Levin A, Hall DH, Sasich LD. Anaphylactic-like reactions to zomepirac. *Drug Intelligence and Clinical Pharmacy* 15:384; 1981.

Sasich L, Morriss HA. A computerized on-line key word indexing system for drug information retrieval. *Hospital Pharmacy* 16:136; 1981.

Sasich L. Drug literature filing systems for the practicing pharmacist. *The Idaho Pharmacist* 17:16; 1980.

Hansten PD, Sasich LD, Biggs RL, Cohen SM. Computerization and drug interaction data for a community pharmacy. *Journal of Clinical Computing*. 3:270; 1975.

**BOOKS AND CHAPTERS**

Furberg BD, Furberg CD, Sasich LD. Knowing Your Medications. 2010.

Sukkari SR, Sasich LD. Drug induced blood disorders. In: Applied Therapeutics: the Clinical Use of Drugs. Young, LY, Koda-Kimble, M eds. Baltimore: Lippincott, Williams & Wilkins, 2008.

Wolfe SM, Sasich LD, Hope R-E. *Worst Pills, Best Pills*. New York: Pocket Books, 2005.

Sasich LD, Sukkari SR. Drug induced blood disorders. In: Applied Therapeutics: the Clinical Use of Drugs. Young, LY, Koda-Kimble, M eds. Baltimore: Lippincott, Williams & Wilkins, 2004.

Wolfe SM, Sasich LD, Ardati AK. *Worst Pills, Best Pills Companion*. Washington DC: Public Citizen, 2002.

Sasich LD, Sukkari SR. Drug induced blood disorders. In: Applied Therapeutics: the Clinical Use of Drugs 6th ed. Young, LY, Koda-Kimble, M eds. Baltimore: Lippincott,

Case 2:12-cv-04209-NKL Document 299-9 Filed 11/06/13 Page 15 of 16

**BOOKS AND CHAPTERS**

Williams & Wilkins, 2001.

Wolfe SM, Sasich LD, Hope R-E. *Worst Pills, Best Pills*. New York: Pocket Books, 1999.

References available on request