# Section IV

# CHRONOLOGICAL
# SEQUENCE
# OF
# EXECUTION

Ringo - 141
**EXHIBIT 20**
Procedures for Execution of (Inmate Name), #(Inmate #) on (Execution Date)
Case 2:12-cv-04209-BP   Document 364-7   Filed 02/21/14   Page 1 of 7   Page 61

# CHRONOLOGICAL SEQUENCE OF EXECUTION

| Time | Activity |
|---|---|
| 2:30 PM | E-Squad briefing will be conducted in the Training Building. |
| 4:00 PM | (Inmate Name) is provided with his last scheduled meal. |
| 6:30 PM | All telephones in the conference room and execution area shall be checked by the Electronics Technician to ensure they are in working order. The clock in the execution room, main conference room, and press area shall be checked for accuracy and synchronized. |
| 7:00 PM | Medical personnel arrive and review the pre-execution questionnaire. |
| 7:30 PM | Medical personnel offer the offender a sedative. |
| 7:30 PM | (Inmate Name) shall be dressed in gray pants, a t-shirt, and a pair of socks from the property list. |
| 8:00 PM | Staff briefing in Visiting Room. |
| 8:30 PM | Assigned staff shall make sure the gurney is properly secured and that all curtains are closed. |
| 10:00 PM | Medical personnel and non-medical personnel report to their posts in the execution room. The time frame may vary if substantial delays are expected. |
| 10:00 PM | Medical personnel prepare and place in the tray in proper sequence the chemicals to be injected. A Sequence of Chemicals form shall be maintained by the execution team. In addition, medical personnel will set up the EKG and IV lines into the execution chamber. |
| 10:15 PM | The victims' family witnesses shall report to the visitor's lobby area and shall be escorted to the appropriate waiting area. |
| 10:30 PM | (ERDCC Warden) reports to execution room and begins chronological log of execution room operations. |
| 10:30 PM | State Witnesses shall report to the visitors' lobby area and shall be escorted to the appropriate waiting area. |
| 11:00 PM | Offender Family Witnesses shall report to the visitors' lobby area and shall be escorted to the appropriate waiting area. |
| 11:00 PM | The state witnesses will be briefed by the DOC Director/designee and DAI Director/designee. |
| 11:00 PM | The Security Escort Detail shall be assembled, briefed by the Operations Officer, and stand by for a period of time as determined by the team coordinator. |
| 11:00 PM | Medical personnel and non-medical personnel are at their assigned posts in the execution room, which is verified by the Operations Officer. |
| 11:10 PM | (ERDCC Warden) shall test the inside telephone from the execution room to the main conference room and shall verify times are correct on clocks at conference room and execution site. |
| 11:15 PM | Medical personnel check the EKG machine to ensure it is in operating order. In addition, Medical personnel will check additional equipment and supplies that are to be used. |
| 11:15 PM | Director of the Department of Corrections/designee advises (ERDCC Warden) that (Inmate Name) may be escorted to the execution room if no stay is in place and no legal activity is in progress to prevent the execution. |

# CHRONOLOGICAL SEQUENCE OF EXECUTION

|  |  |
|---|---|
|  | If there is pending legal activity to halt the execution process, (Inmate Name) will remain in his holding cell and there will be no IV or line established until authority is granted to do so by the Director of the Department of Corrections/designee. |
| 11:17 PM | DAI Director/designee will direct (ERDCC Warden) to read the warrant statement to (Inmate Name) once he is secured to the gurney. Assigned staff shall then escort (Inmate Name) from the holding cell to the gurney and secure restraints. (ERDCC Warden) will read the warrant statement to the offender. |
| 11:20 PM | Medical personnel attach the leads for the EKG machine to the offender and confirm that it is functioning properly. Medical personnel determine the most appropriate location for the IV lines and proceed with setting the IV lines. Once the IV is inserted, Medical personnel will start fluids approximately 15-30 minutes prior to the first phase, being administered at the rate of 35-40cc each 15 minutes. Medical personnel offer the offender another sedative. |
|  | Offender is advised which window to look at to see inmate family witnesses. |
|  | Inner blinds are opened. |
|  | Medical personnel and non-medical personnel are updated by the Director of the Department of Corrections/designee on how/when to proceed as information becomes available. |
| 11:30 PM | Department Legal Counsel/designee shall test telephone communication from the conference room to the Attorney General's office. |
|  | Director of the Department of Corrections/designee shall test telephone communication to the Governor's Designated Representative. |
| 11:40 PM | (ERDCC Warden) or non-medical personnel of the execution team shall contact the Director of the Department of Corrections/designee and advise if there are any delays in the preparation process. |
|  | If delays do exist then a determination shall be made to hold all witnesses until such time as the order to proceed is given. |
|  | When preparations are on schedule, (ERDCC Warden) will notify the Personnel Assignment Coordinator to move witnesses to the execution viewing areas. |
|  | Victim Family Witnesses shall be escorted to the execution viewing area once a directive to do so has been given. |
|  | Witnesses for the state shall be escorted to the execution viewing area once a directive to do so is given. |
|  | Witnesses for (Inmate Name) shall be escorted to the witness viewing area at the execution viewing area once a directive to do so is given. |
| 11:45 PM | (ERDCC Warden) will contact the Director of the Department of Corrections/designee at the conference room with current information and updated instructions. |
| 11:50 PM | Department Legal Counsel/designee shall telephone the designated Attorney General's representative and maintain communications. |
| 11:50 PM | The Director of the Department of Corrections/designee shall telephone the Governor's Designated Representative and maintain communications. |
| 11:55 PM | (ERDCC Warden) shall establish and maintain telephone contact with the Director of the Department of Corrections/designee. |

**EXHIBIT 20**    Ringo - 143

# CHRONOLOGICAL SEQUENCE OF EXECUTION

The Director of the Department of Corrections and Department Legal Counsel/designee shall remain in the conference room and shall communicate by telephone with the Governor's Designated Representative, the Attorney General's Office and operations room, as necessary.

In the event, any telephone communication between the Governor's Office, Attorney General's Office, conference room, or operations room should be disrupted, the execution procedure shall be stopped immediately until communications can be restored.

**12 Midnight**  Department Legal Counsel/designee asks the attorney general/representative, "Are there any legal impediments or reasons why the lawful execution of (Inmate Name) should not proceed?"

Director of the Department of Corrections/designee asks Governor/designee, "The Attorney General's office has advised that there are no legal impediments to the lawful execution of (Inmate Name). Are there any reasons that this lawful execution should not proceed?"

Director of the Department of Corrections/designee will advise (ERDCC Warden) to proceed with or stop the execution process. If the execution is to proceed he will give the directive: "You are hereby directed to proceed with the lawful execution of (Inmate Name). Proceed as prescribed in the Department of Corrections Protocol for Execution of (Inmate Name)".

**12:01 AM**  Once instructions are given by the Director of the Department of Corrections/designee, (ERDCC Warden) shall repeat aloud the instructions given.

(ERDCC Warden) advises the Director of the Department of Corrections/designee by phone as to what is taking place in the execution operations room.

Once the order has been given to proceed, non-medical personnel will initiate the chemical injection process, with supervision provided by Medical personnel.

Medical personnel monitor the electrocardiograph (EKG) and the offender during the execution.

Non-medical personnel remove the chemicals from the tray and begin the chemical injection process. Medical personnel observe the injection flow rate. A flow rate of 50cc within a 30 to 45 second timeframe is recommended to avoid a rupture. This means that with a standard 18 to 20 gauge IV line and catheter the chemicals should be administered at a rate of one (1) to two (2) cc per second. Should the flow of the chemicals become impeded or the IV is leaking, the application of the chemicals should be stopped and Medical personnel should address this issue.

Prior to beginning Phase I, medical personnel will initiate the recording of the electrocardiograph (EKG).

The Operations Officer shall announce by radio:

**"ATTENTION ALL UNITS: Execution Standby"**: Open outside curtains.
   W-1 will radio "curtains open".
   W-2 will radio "curtains open".
   W-3 will radio "curtains open".

Order: **"Execution in Progress: Began Phase I"**.

Order: **"Phase One Complete"**: Close outside curtains.
   W-1 will radio "curtains closed".
   W-2 will radio "curtains closed".
   W-3 will radio "curtains closed".

**PHASE I**
- Medical personnel complete the Sequence of Chemicals form as chemicals are injected.
- One of the Non-medical personnel starts the 3-minute timer simultaneous to the injection of syringe 1.

**EXHIBIT 20**
Procedures for Execution of (Inmate Name), #(Inmate #) on (Execution Da'        Page 64
Case 2:12-cv-04209-BP   Document 364-7   Filed 02/21/14   Page 4 of 7
Ringo - 144

# CHRONOLOGICAL SEQUENCE OF EXECUTION

- Non-medical personnel inject the thiopental from syringes 1, 2, 3, and 4 each for a total of 5 grams of thiopental.
- Non-medical personnel inject the saline solution in syringe 5.

This completes Phase I.

The outside curtains close, confirmed closed, the inner blinds close and Phase I is announced as complete. Once the curtains close, one of Medical personnel physically examine the offender to confirm he is unconscious.

In the unlikely event that the offender is still conscious, the curtains open and Non-medical personnel inject thiopental from syringes 1A, 2A, 3A, and 4A (5 grams) into the secondary IV line. Non-medical personnel inject Syringe 5A containing 60 cc of saline solution, blue in color, to clear the line. Once the curtains close, Medical personnel physically examine the offender to confirm he is unconscious.

After confirming the offender is unconscious, Medical personnel return to the execution support room to monitor the offender's status. The inner blinds open and prior to Phase II beginning, the execution chamber is clear and the door shut. The Operations Officer announces "Open outside curtains", which is repeated on the radio. Once the outside curtains open, Phase II begins.

Order: **"Beginning Phase Two"**: Open outside curtains.
  W-1 will radio "curtains open".
  W-2 will radio "curtains open".
  W-3 will radio "curtains open".

**PHASE II**
In Phase II the second chemical (pancuronium bromide) is injected provided at least 3 minutes have elapsed since the execution team members started the thiopental which rendered the offender unconscious.

- Non-medical personnel inject the pancuronium bromide in syringe 6 (60 milligrams) into the offender.
- Non-medical personnel inject the saline solution in syringe 7.

Order: **"Phase Two Complete"**

Phase III immediately follows Phase II and consists of:

Order: **"Beginning Phase Three"**

**PHASE III**
- Non-medical personnel inject the potassium chloride in syringes 8 and 9 (240 milliequivalents).
- Non-medical personnel inject the saline solution in syringe 10 (60 cc).

Order: **"Phase Three Complete"**

One of the Non-medical personnel starts the 5-minute timer upon completion of Phase III.

Should activity of the offender's heart fail to cease after 5 minutes, Medical personnel prepare an additional syringe of potassium chloride and give it to Non-medical personnel. The Non-medical personnel inject the additional syringe of potassium chloride.

Once all electrical activity of the heart ends as shown by the electrocardiograph, Medical personnel pronounce death.

Order: **"Execution Complete – (announce time)** Outside curtains will close.
  W-1 will radio "curtains closed".
  W-2 will radio "curtains closed".
  W-3 will radio "curtains closed".

The DAI Director/designee, who is monitoring via radio, shall advise the State/Press Witnesses on what has occurred.

EXHIBIT 20
Procedures for Execution of (Inmate Name), #(Inmate #) on (Execution Date)    Page 65
Case 2:12-cv-04209-BP   Document 364-7   Filed 02/21/14   Page 5 of 7
Ringo - 145

# CHRONOLOGICAL SEQUENCE OF EXECUTION

Director of the Department of Corrections/designee shall notify the Governor's Designated Representative that the execution has been carried out.

Department Legal Counsel/designee shall notify the Attorney General's Designated Representative that the execution has been carried out.

Once the curtain is closed Medical personnel will enter the execution chamber and unhook the IV at the junction (tying off the line) and disconnect the EKG leads. As this is occurring, Medical personnel dispose of the unused chemicals, used syringes, and equipment in the provided biohazard bags.

After death is pronounced, Medical personnel complete and sign the Sequence of Chemicals form, the chemical log, EKG tape, and any other documents that may be required. The EKG tape must be signed by medical personnel with a date and time of death. Non-medical personnel will also sign the Sequence of Chemicals form.

The Inmate Witnesses shall be escorted from the institution immediately.

The State Witnesses shall sign the state witness form at the execution waiting area. State Witnesses shall be escorted back to the Visiting Lobby for the purpose of exiting the institution.

Victim Family Witnesses shall be escorted from the execution viewing area.

Once execution has been carried out, the sequence of chemicals and chemical log will be completed by assigned staff.

The Director of the Department of Corrections and DAI Director/designee will be escorted to the designated press area.

Press shall meet the Director of the Department of Corrections, DAI Director/designee, and Chief Public Information Officer in the designated area for a debriefing conference.

Upon meeting the press, the Director of the Department of Corrections shall read the Governor's statement.

Following the reading of the Governor's statement to the press, the DAI Director/designee and Chief Public Information Officer shall answer questions.

Upon completion of the Department's statement to the press, the Director of the Department of Corrections and DAI Director/designee shall leave the area.

## INVESTIGATORS/EVIDENCE

Upon completion of the execution process, the following will be done under the supervision and/or by the institutional investigator:

The execution room will remain off limits to all unassigned personnel.

(Inmate Name) will remain on the gurney without being moved until specific investigative procedures are completed. The coroner will be on site and verify death. They shall include:

1. (Inmate Name) shall be fingerprinted.

2. Chemicals remaining in syringes shall be disposed of as indicated by Missouri Department of Health and BNDD regulations.

3. Investigators shall maintain an accurate checklist on all procedures and evidence pertaining to the post-execution events.

**EXHIBIT 20**        Ringo - 146

# CHRONOLOGICAL SEQUENCE OF EXECUTION

4. Once secured, the body shall be released to the county coroner or designated individual for transport from the institution. Investigators releasing the body shall maintain a checklist or release sheet on the body. The following will be included:

   Inmate's name, number, date of birth, date of death, location, body transferred to – name, title, time/date. A signature shall be obtained on the form indicating the individual taking custody of the body.