# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| DAVID ZINK, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:12CV4209-BP |
| GEORGE A. LOMBARDI, et al., | ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now Jessica M. McKee, Assistant Attorney General for the State of Missouri, and enters her appearance as co-counsel for Defendants in the above-captioned cause.

    Respectfully submitted,

    **CHRIS KOSTER**
    Attorney General

    */s/ Jessica M. Mckee*
    **JESSICA M. MCKEE**
    Assistant Attorney General
    Missouri Bar No. 60147

    P. O. Box 899
    Jefferson City, MO 65102
    Phone: (573) 751-8432
    Facsimile: (573) 751-3825
    jessica.mckee@ago.mo.gov
    Attorneys for Appellant/Respondent

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electric filing participants.

*/s/ Jessica M. Mckee*
**JESSICA M. MCKEE**
Assistant Attorney General