IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| DAVID ZINK, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | No. 2:12-CV-4209-BP |
| GEORGE LOMBARDI, et al., | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COMES NOW State of Missouri and hereby withdraws Assistant Attorneys General Susan Boresi, Andrew Bailey and Jessica McKee as counsels for respondent in the above-captioned case. Four other Assistant Attorneys General remain counsel of record for defendants.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

\s\ *Stephen D. Hawke*
STEPHEN D. HAWKE
Assistant Attorney General
Missouri Bar No. 35242
P. O. Box 899
Jefferson City, MO 65102
(573) 751-3321
(573) 751-3825 FAX
stephen.hawke@ago.mo.gov
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to opposing counsels by CM/ECF electronic filing system, this 30th day of August, 2017.

/s/ Stephen D. Hawke
Assistant Attorney General